IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

        VS                                **CR. NO.:** 2:22-cr-139-BHH-8

Demetric Gantt

**PLEA**

The defendant, _Demetric Gantt_, having withdrawn his plea of Not Guilty entered _Feb. 25, 2022_, pleads **GUILTY** to Count(s) _1 and 10_ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

June 29, 2022
Charleston, South Carolina