PROBATION FORM NO. 35
(DSC 8/17)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE

### District of South Carolina

UNITED STATES OF AMERICA )
)
v. )
)
Demetric Gantt )                    Crim. No. 2:22CR00139

On June 5, 2023, the above-named individual was sentenced to a four (4) year term of supervised release. The term of supervision commenced on June 26, 2023. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(d).

Respectfully submitted,

*Christian M. Chamberlain*

Christian M. Chamberlain
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  6th  day of  January , 20 25 .

*Bruce H. Hendricks*

Bruce Howe Hendricks
United States District Judge